# UNITED STATES BANKRUPTCY COURT
## Eastern DISTRICT OF Washington

In re: 1 Min LLC

Debtor(s)

Case No. 24-01519

Lead Case No. 24-01519

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/31/2024

Petition Date: 09/20/2024

Plan Confirmed Date: 11/26/2024

Plan Effective Date: 12/12/2024

This Post-confirmation Report relates to: ⦿ Reorganized Debtor

○ Other Authorized Party or Entity: _____
Name of Authorized Party or Entity

/s/Jason Wax
Signature of Responsible Party

02/24/2025
Date

Jason Wax, Bush Kornfeld LLP
Printed Name of Responsible Party

601 Union St, Suite 5000, Seattle, WA 98101
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name | 1 Min LLC | Case No. | 24-01519 |

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $0 | $0 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $0 | $0 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | *Aggregate Total* | $0 | $0 | $0 | $0 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | | | | |
|---|---|---|---|---|---|---|
| i | N/A | | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | N/A | | $0 | $0 | $0 | $0 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvii | | | | | |
| | lxxxviii | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

# SEE ATTACHED

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?    Yes ○   No ⦿
    If yes, give date Final Decree was entered: _____
    If no, give date when the application for Final Decree is anticipated: 03/31/2025
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ○   No ⦿

Debtor's Name 1 Min LLC                                    Case No. 24-01519

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/Michael Christ                                    Michael Christ
Signature of Responsible Party                       Printed Name of Responsible Party

Member                                               02/24/2025
Title                                                Date

Debtor's Name 1 Min LLC    Case No. 24-01519


Page 1


Other Page 1


Page 2 Minus Tables

Bankruptcy Table 1-50

Debtor's Name 1 Min LLC  Case No. 24-01519



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)

24-01519-FPC11 Doc 171 Filed 02/24/25 Entered 02/24/25 09:59:33 Pg 10 of 17

# PART 3 – ATTACHMENT

This case involved three jointly-administered chapter 11 cases: 1 Min, LLC ("EB-5 Debtor"), Case No. 24-01519 (the lead case); Hotel at Southport, LLC ("Hotel Debtor"), Case No. 24-01520; and Twelfth Floor, LLC ("Mezz Debtor"), Case No. 24-01521, and the sale of a Hyatt Regency hotel that Hotel Debtor owned. The bankruptcy court confirmed a joint plan of reorganization on November 27, 2024, and the sale closed on or about December 12, 2024.

From the closing of the sale, the Class 1 secured claim was paid in full (in the amount of $91,876,486), as were the other amounts reflected in the left-hand column of the attached settlement statement. The following day, funds in the amount of $20,332,058 were distributed in partial payment of the Class 2 secured claim, leaving an unpaid remaining balance of the Class 2 claim of about $20 million, and funds in the amount of $32,450,000 (the "Set-Aside Funds") were reserved pending further proceedings, primarily the bankruptcy court's determination of the claims asserted in *Cai et al. v. Hotel at Southport, LLC et al.,* Adv. Proc. 25-80007 (the "EB-5 Lawsuit"), in which each of the debtors is joined as a defendant.

If the bankruptcy court allows a claim in favor of the plaintiffs in the EB-5 Lawsuit against Hotel Debtor, that claim will be paid from the Set-Aside Funds after full payment of claims having a higher priority (primarily the Debtors' attorney fees and costs, which at this time are impossible to estimate) and fees owing under 28 U.S.C. section 1930(a)(6). If there remains any Set-Aside Funds, such will be distributed to the holder of the Class 2 claim.

If the bankruptcy court does <u>not</u> allow a claim against Hotel Debtor but allows a claim against Mezz Debtor, then the Set-Aside funds will be used to pay the remaining amount of the Class 2 secured claim, then priority claims, then the allowed amount of the claim against Mezz Debtor. If funds remain following the preceding distributions, such funds will be distributed to EB-5 Debtor.

If the bankruptcy court does <u>not</u> allow a claim against Hotel Debtor or Mezz Debtor, then the Set-Aside funds will be used to pay the remaining amount of the Class 2 secured claim (including attorney fees and costs the holder of the Class 2 claim incurs), then to priority claims, with remaining funds distributed to EB-5 Debtor.



**Fidelity National Title Company of Washington, Inc.**
600 University Street, Suite 2424
Seattle, WA 98101
Phone: (206)628-2822

## Estimated Settlement Statement

| | |
|---|---|
| **Settlement Date:** | December 12, 2024 |
| **Disbursement Date:** | December 12, 2024 |
| **Proration Date:** | December 12, 2024 |
| **Order Number:** | 24000206-SC |
| **Escrow Officer:** | Megan Packwood |
| **Buyer:** | HRLW Hotel LLC, a Delaware limited liability company<br>1991 Broadway St, Ste 100<br>Redwood City, CA 94063 |
| **Seller:** | Hotel at Southport LLC, a Delaware limited liability company, which acquired title as Hotel at Southport LLC, a Washington limited liability company<br>c/o SECO Development Inc, 10605 SE 240th St, PMB 115<br>Kent, WA 98031 |
| **Lender:** | Deutsche Bank AG, New York Branch, its successors and/or assigns |
| **Property:** | 1053 Lake Washington Blvd N<br>Renton, WA 98056 |

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **Financial Consideration** | | |
| | 157,000,000.00 | Purchase Price<br>Goodwill: $53,981,900.00<br>    Tangible Personal Property $7,367,700.00<br>    Real Property $95,650,400.00 | 157,000,000.00 | |
| | | Principal Amount of New Loan | | 103,750,000.00 |
| | | Initial Deposit<br>  HRLW Hotel LLC | | 3,500,000.00 |
| | | IBA Interest<br>  HRLW Hotel LLC | | 41,306.32 |
| | | Funds to close<br>  HRLW Hotel LLC | | 49,425,401.93 |
| | | Funds to close<br>  HRLW Hotel LLC | | 1.00 |
| | | **Prorations/Adjustments** | | |
| 4,072,668.34 | | Total Pro rations | | 4,072,668.34 |
| 25,000.00 | | Insurance Deductable Credit | | 25,000.00 |
| 3,316,834.00 | | Credit to buyer for excise exemption | | 3,316,834.00 |
| 1,881,343.00 | | Pursuit Cost Credit | | 1,881,343.00 |
| | | **Payoffs** | | |
| 90,876,486.83 | | Payoff of First Loan to WF CREL 2020 Grantor Trust<br>  Loan Payoff                  90,000,000.00<br>  Interest Accrued             36,321.75<br>  Legal Fees                     589,519.00<br>  Exit Fee                        249,230.77 | | |

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **Payoffs (continued)** | | |
| | | Legal, Admin & Misc Expenses      1,415.31 | | |
| | | Total Payoff      90,876,486.83 | | |
| | | **Total Commissions** | | |
| 1,570,000.00 | | Listing Broker Commission to CBRE, Inc. $157,000,000.00 @ 1.0000% = $1,570,000.00 | | |
| | | **Loan Charges $5,471,480.03** | | |
| | | Future Funding Amount to Deutsche Bank AG, New York Branch, its successors and/or assigns | 4,070,000.00 | |
| | | Good Faith Deposit to Deutsche Bank AG, New York Branch, its successors and/or assigns | | 200,000.00 |
| | | Good Faith Deposit to Deutsche Bank AG, New York Branch, its successors and/or assigns | | 200,000.00 |
| | | Structuring Fee to Deutsche Bank AG, New York Branch, its successors and/or assigns | 1,037,500.00 | |
| | | Out of Pocket Expenses to Deutsche Bank AG, New York Branch, its successors and/or assigns | 4,220.59 | |
| | | Stub Interest to Deutsche Bank AG, New York Branch, its successors and/or assigns | 456,700.53 | |
| | | Tax Escrow Holdback to Deutsche Bank AG, New York Branch, its successors and/or assigns | 303,058.91 | |
| | | **Title/Escrow Charges** | | |
| 6,063.75 | | Escrow Fee (one half) to Fidelity National Title Company of Washington, Inc. | 6,063.75 | |
| 76,246.69 | | Owner's Policy Premium to Fidelity National Title Company of Washington, Inc. Coverage: $157,000,000.00 Version: ALTA Owner's Policy 2021 w-WA Mod | 51,203.41 | |
| | | Endorsements to Fidelity National Title Company of Washington, Inc. | 4,410.01 | |
| 1,653.75 | | Escrow Fee- Holdback to Fidelity National Title Company of Washington, Inc. | | |
| | | Loan Policy Premium to Fidelity National Title Company of Washington, Inc. Coverage: $103,750,000.00 Version: ALTA Loan Policy 2021 w-WA Mod | 275.63 | |
| | | Endorsements to Fidelity National Title Company of Washington, Inc. | 4,272.20 | |
| | | **Recording Charges** | | |
| 10.00 | | Excise Tax - bankruptcy exemption to King County Treasurer | | |
| | | Consumer Use Tax to Department of Revenue | 758,873.10 | |
| | | Recording Fees to Fidelity National Title Company of Washington, Inc. | 2,500.00 | |

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **Additional Charges** | | |
| | | Buyer Attorney Fee * to Gibson, Dunn and Crutcher LLP | 1,185,000.00 | |
| | | Lender Attorney Fee to Dechert LLP | 350,000.00 | |
| | | Personal Property Taxes 2024 to King County Treasurer P.O.C.$119,826.81(S)* | | |
| 81,142.28 | | Personal Property Taxes 2024 Advance to King County Treasurer | | |
| 31,254.24 | | Sewage Cap Charges outstanding to King County Finance for 10/1 to 12/31/2024 | | |
| | | Legal Fees to Sharma, Smith & Gray, P.C. | 23,060.00 | |
| | | Legal Fees to Davis Wright Tremaine LLP | 19,640.00 | |
| | | Legal Fees to Davis Wright Tremaine LLP | 40,136.00 | |
| 1,570,000.00 | | Holdback $1,570,000.00 in escrow- deducted from seller proceeds to Fidelity | 0.00 | |
| | 19,555.00 | Legal Fees to Mayer Brown LLP | | |
| | | Appraisal to Cushman & Wakefield | 7,500.00 | |
| | | Revised Survey to Cushman & Wakefield | 6,500.00 | |
| | | Appraisal Review to SW Seaside | 2,600.00 | |
| | | Revised Appraisal Review to SW Seaside Services, LLC | 2,600.00 | |
| | | ESA/PCA/SRA Review to Hanover Street Capital, LLC | 500.00 | |
| | | Loan Processing Fee to Hanover Street Capital, LLC | 27,263.73 | |
| | | Servicing Fee to Hanover Street Capital, LLC | 2,083.33 | |
| | | Acceptance Invoice to Deutsche Bank Trust Co. Americas | 1,550.00 | |
| | | Acceptance Fee (CMA) to Partner Energy | 500.00 | |
| | | PCA to Rimkus | 20,894.34 | |
| | | Financial Placement Fee & Reimbursable Expenses to CBRE Capital Markets | 422,400.00 | |
| | | Zoning Invoice to Zoning Info, Inc. | 1,240.00 | |
| | | Insurance Risk Analysis and Flood Determination to Resilience | 27,800.00 | |
| | | Insurance Premium to Marsh USA LLC | 217,225.00 | |
| | | Entity Searches to LexisNexis Risk Solutions | 18,078.22 | |
| | | Insurance Invoice - Crime 837018813 to Hyatt Corporation | 1,051.53 | |
| | | Insurance Invoice - Employment 837018814 to Hyatt Corporation | 19,654.18 | |
| | | Insurance Invoice - Liability 837018815 to Hyatt Corporation | 234,433.35 | |
| | | Insurance Invoice - Wage & Hour 837018812 to | 33,870.34 | |

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **Additional Charges (continued)** | | |
| | | Hyatt Corporation | | |
| | | Searches to Cisive | 5,280.44 | |
| | | Searches to Telos Legal Corp | 2,056.00 | |
| | | Rate Cap to Wells Fargo Derivatives Group | 25,000.00 | |
| | | Rate Cap Consultant to Pensford, LLC | 5,560.00 | |
| 53,471,742.12 | | Funds Held Pending Instructions from Counsel to WF CREL 2020 Grantor Trust as Mezz lender & Counsel to Hotel at Southport LLC | | |
| 157,000,000.00 | 157,000,000.00 | **Subtotals** | 166,402,554.59 | 166,412,554.59 |
| 0.00 | | **Balance Due TO Seller/Buyer** | 10,000.00 | |
| 157,000,000.00 | 157,000,000.00 | **Totals** | 166,412,554.59 | 166,412,554.59 |

*Paid outside of closing by seller (S)

See signature page to follow

## SIGNATURE PAGE TO BE ATTACHED TO THE FOLLOWING DOCUMENT:
Closing Statement

**SELLER(S):**

I have carefully reviewed the Settlement Statement, and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements to be made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

Hotel at Southport LLC, a Delaware limited liability company

By:Seco Development, Inc., a Washington corporation
Its:Manager

By: _/s/ Michael P. Christ_

Name:Michael P. Christ
Title:CEO

**BUYER:**

**HRLW HOTEL LLC**, a Delaware limited liability company

By: _____
Name: John Ginochio
Title: Authorized Signatory

[Signature Page to Settlement Statement]